DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
BLAINE T. WELSH
Assistant United States Attorney
Chief, Civil Division
LARA A. BRADT, CSBN 289036
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8921
    Facsimile: (415) 744-0134
    Email: lara.bradt@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE R. SLAUGHTER, | No. 2:15-CV-00392-GMN-PAL |
| Plaintiff, | **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") through her undersigned counsel of record respectfully requests that the Court extend the time for Defendant to file her Cross-Motion to Affirm, due on February 22, 2016, by 30 days, through and including March 23, 2016.

-1-

1  Counsel for Defendant requires additional time to respond to Plaintiff's arguments
2  because counsel has three summary judgment briefs due between February 19 and 22, 2016 and
3  eight other briefing deadlines before the end of March 2016.
4  Counsel for defendant has contacted Plaintiff's counsel who does not oppose this motion.

5  Dated: February 11, 2016                Respectfully submitted,

                                           DANIEL G. BOGDEN
                                           United States Attorney

                                           /s/____Lara A. Bradt_____

                                           LARA A. BRADT
                                           Special Assistant United States Attorney

13  IT IS SO ORDERED.

14  Dated February 22, 2016              By: [signature]

                                           HON. PEGGY A. LEEN
                                           UNITED STATES MAGISTRATE JUDGE

-2-