Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Lawrence R. Slaughter

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAWRENCE R. SLAUGHTER,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:15-cv-00392-PAL<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

TO THE HONORABLE PEGGY A. LEEN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Lawrence R. Slaughter be awarded attorney fees in the amount of Three Thousand dollars ($3,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

-1-

After the Court issues an order for EAJA fees to Lawrence R. Slaughter, the government will consider the matter of Lawrence R. Slaughter's assignment of EAJA fees to Marc V. Kalagian.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Lawrence R. Slaughter, but if the Department of the Treasury determines that Lawrence R. Slaughter does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment executed by Lawrence R. Slaughter.[1]  Any payments made shall be delivered to Marc V. Kalagian.

This stipulation constitutes a compromise settlement of Lawrence R. Slaughter's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Lawrence R. Slaughter and/or Marc V. Kalagian including Law Offices of Rohlfing & Kalagian, LLP may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Marc V. Kalagian and/or the Law Offices of Rohlfing & Kalagian, LLP to seek Social Security Act attorney

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: June 11, 2018     Respectfully submitted,

LAW OFFICES OF ROHLFING & KALAGIAN, LLP

BY: /s/ *Marc V. Kalagian*
Marc V. Kalagian
Attorney for plaintiff Lawrence R. Slaughter

DATED: June 11, 2018     DAYLE ELIESON
United States Attorney

BY: /s/ *Lara A. Bradt*
LARA A. BRADT
Special Assistant United States Attorney
Attorneys for Defendant NANCY A. BERRYHILL, Acting Commissioner of Social Security (Per e-mail authorization)

## ORDER

Approved and so ordered:  July 13, 2018

DATE:

_____
THE HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE