# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LAWRENCE R. SLAUGHTER,

                Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

                Defendant.

Attorney Fees

JUDGMENT IN A CIVIL CASE

Case Number: 2:15-cv-00392-PAL

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered that Lawrence R. Slaughter be awarded attorney fees in the amount of Three Thousand dollars ($3,000.00) under the Equal Access to Justice Act (EAJA).

July 16, 2018
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk